U.S. District Court
Wisconsin Eastern
SEP 21 2026
FILED
Clerk of Court

# COMPLAINT

**(for non-prisoner filers without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

(Full name of plaintiff(s))

TRINA Jones

v.

Case Number:

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Chime Stride National Bank
1415 SE Washigton Rd
Bartesville OK 74006

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

3246 North 3RD Street
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ________________ (Name)

is (if a person or private corporation) a citizen of ______________________
(State, if known)

and (if a person) resides at ______________________________________
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ______________________________________________
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Chime denied disputes I had put in against them in a amounts of at least 1,000 dollars they know my account was compromised but refuse to return my money to my account In one instance they did a Forced merchant payment putting my account -297.00 in the negative in another instance they allowed a Marvin Brown to take 300.00

I asked the to change my account number but they said the couldnt do it. As a result this caused me great hardship because I am on a Fixed income and put my Living arrangements at risk this bank is suppose to be FDIC insured the turmoil that Chime Stride National Bank has caused me is insormontable I am seeking 100,000 dollars For pain and suffering and my Data being compromised and the thing is they paid me 40 for Marvin Brown taking 40 but wouldnt pay the 300,00 he took From I Where For pray Jutice will be served Its the point I am trying to send a message to Chime Stride National Bank.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ________________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want, to sue them for 100,000 dollars for pain and suffering and to return all of the moneys I have in dispute because of under oath I am telling the truth and had nothing to do with this happing to my account.

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 10th day of September 20 26.

Respectfully Submitted,

Trina Jones

Signature of Plaintiff

414 356-3057

Plaintiff's Telephone Number

jonestrina@ gmail.c

Plaintiff's Email Address

3246 North 3RD

Milwaukee WI 53212

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.